Raeburn S. GRASTY, Plaintiff–
Appellee,

v.

Isaac T. ANDERSON, Officer;
Christopher M. Hamilton,
Defendants–Appellants,

and

The City of Roanoke; A.L. Joe Gas-
kins, Chief of Police; Barbara
P. Carter, Defendants.

No. 10–1964.

United States Court of Appeals,
Fourth Circuit.

Jan. 25, 2011.

Submitted: Jan. 25, 2011.

Decided: Feb. 10, 2011.

Timothy Ross Spencer, City Attorney's
Office, Roanoke, Virginia, for Appellants.
Raeburn S. Grasty, Appellee Pro Se.

Before AGEE, DAVIS, and KEENAN,
Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Isaac T. Anderson and Christopher M.
Hamilton appeal the district court's order
granting in part and denying in part sum-
mary judgment for the Appellants. We
have reviewed the record and find no re-
versible error. Accordingly, we affirm for
the reasons stated by the district court.
*Grasty v. Anderson,* No. 7:09–cv–00471–

SGW–PMS, 2010 WL 3219991 (W.D.Va.
Aug. 13, 2010). We dispense with oral
argument because the facts and legal con-
tentions are adequately presented in the
materials before the court and argument
would not aid the decisional process.

*AFFIRMED.*